# BARNSTABLE COUNTY SHERIFF'S OFFICE

# ELECTRONIC INCARCERATION PROGRAM

# FEDERAL INMATE HANDBOOK



**Deputy Kenneth Fraser, Director of Community Corrections**
**Deputy Marybeth Robichaud, Assistant Director of Re-Entry**
**Deputy Robert Aldrich, Electronic Monitoring Field Officer**

Community Corrections: (508) 375-6160
Community Corrections Fax: (508) 375-6189
508-563-4340 Emergency Contact Number after business hours and weekends
508-375-6166 Change of Location Contact

All Federal Inmates will be placed on GPS Tracking Systems which will track your location at all times.

All bank and/or money orders are made payable to the County of Barnstable. There will be no personal checks or cash accepted. Please remember to round down to the nearest dollar.

All Federal Inmates will be placed on GPS Tracking Systems which will track your location at all times.

All bank and/or money orders are made payable to the County of Barnstable. There will be no personal checks or cash accepted. Please remember to round down to the nearest dollar.

**Contact Telephone Numbers**

508-375-6160 **Contact Number**

This number is for the Barnstable County Community Corrections Electronic Monitoring Office. This number is to be utilized Monday through Friday, 8:00 am to 4:00 pm.

508-563-4340 **Emergency Contact Number**

This number is to be utilized for emergencies which occur after 4:00 pm, or weekends/holidays. When this number is used it is necessary for the federal inmate to state that they are a federal inmate on electronic monitoring. They shall request the on-call electronic monitoring officer to be paged, state the nature of the emergency and a telephone number where the federal inmate can be reached.

508-375-6166 **Change of Location Contact**

This number is to be utilized by federal inmates who have occupations that change their working location such as landscapers and construction workers. This number is to be called each time a federal inmate's work location changes. This number is only to be used during the hours a federal inmate is allowed out to work. This line is not to be used to extend any hours.

# RULE VIOLATIONS WITH LOSS OF PRIVILEGES AND DISCIPLINARY ACTION

1. If a federal inmate enters or leaves their scheduled location early this shall constitute the loss of any scheduled program related activities and/or minimum of four hours of community service work.

2. If a transmitter tamper alarm is received, the inmate's home shall be called and if the federal inmate is not home they shall be considered a walk away. The Federal Bureau of Prisons will be notified immediately.

3. If a federal inmate fails to notify their supervisor of the loss /change of employment they shall be subject to a loss of any scheduled program related activities and/or a minimum of four hours of community service work.

4. If a federal inmate fails to notify their supervisor that they have been detained, questioned or arrested by a law enforcement authority, they shall remain at their residence until the Federal Bureau of Prisons determines what actions shall be taken.

5. If a federal inmate is disrespectful to a staff member, they can have program related activities sanctioned for a minimum of 30 days and a minimum of four hours of community service work.

6. If a federal inmate fails to contact their supervisor at a specific time the inmate shall be subject to a loss of program related activities for a minimum of two weeks and/or a minimum of four hours of community service work.

7. If a federal inmate drives without authorization from the Barnstable County Sheriff's Office and/or the Federal Bureau of Prisons, they shall not be allowed to drive for their remaining time on the program and shall lose program related activities for a minimum of 30 days.

8. If a federal inmate refuses a urine test or alco-sensor test the inmate shall remain in their residence until they comply and the Federal Bureau of Prisons will be notified.

9. If a federal inmate fails a urine or alco-sensor test they shall remain at their residence until the Federal Bureau of Prisons makes a determination.

10. If a federal inmate misuses authorized medication they shall be subject to a loss of all program related activities and four hours of community service work. The Federal Bureau of Prisons shall be notified.

11. If a federal inmate changes and/or adds to their phone service without authorization they shall be subject to a minimum of 30 days loss of program related activities and a minimum of four hours of community service work.

12. If a federal inmate is not at a scheduled place such as work, substance abuse counseling, an address given for program related activities or any determined location they shall lose all program related activities for the remainder of their time on the program.

13. If a federal inmate refuses to obey any order from a staff member they shall lose program related activities for one month and/or four hours of community service.

14. No federal inmate shall participate in or organize any gambling. Any inmate found doing so will be told to remain in their residence until the Federal Bureau of Prisons is notified and a determination is made.

15. Any federal inmate refusing to pay specified subsistence will remain in their residence until agreeing to do so.

16. Any federal inmate failing or refusing to accurately report their amount of gross earnings will lose program related activities until further notice and will be required to participate in at least four hours of community service.