# EXHIBIT A



**U.S. Department of Justice**
Federal Bureau of Prisons

# Program Statement

**OPI:** CCD
**NUMBER:** 7300.09
**DATE:** 1/12/98
**SUBJECT:** Community Corrections Manual

1. PURPOSE AND SCOPE. To operate community-based corrections for offenders who are reintegrating into communities and require more supervision than traditional probation or parole, or who need an alternative to incarceration. Community corrections is also responsible for managing Federal offenders confined in non-Bureau facilities. Most Bureau community corrections programs are implemented through contracts and agreements with private service providers and with state or local governments.

2. PROGRAM OBJECTIVES. The expected results of this program are:

   a. A variety of community-based correctional services and programs will be available for offenders.

   b. Contracts and budgets for community-based services and programs will be effectively managed.

   c. Offenders in community programs will receive appropriate supervision.

   d. The public will be protected from undue risk.

   e. Offenders in community programs will be provided safe living environments.

   f. Eligible inmates in community programs will have opportunities for work experiences to develop positive skills, knowledge, and work habits.

the Regional Office PIO. Although CCMs and MCAs are not PIOs, it is recommended they become familiar with public information issues and policy.

### 2.3.3. Contacts with the News Media

    a. Requests for Information

CCMs may only release public information as described above to the news media. If an inquiry requiring a response outside the realm of public information is made by the media concerning a specific incident with an inmate or contract facility, the CCM should consult with the Regional PIO. When public information is released to the news media, it must be documented in writing to the MCA with copies to the CCRA, Regional Director's office, and the Central Office PIO. CCMs and MCAs should be familiar with the provisions of the Program Statement on **News Media Contacts**.

    b. Requests for Personal Interviews

A media request to interview an inmate at a contract facility must be approved by the facility Director. The inmate must agree to the interview and sign a consent form (BP-S233) in advance. This form is retained at the facility and a copy is provided to the CCM. The interviewer must abide by the rules of the contract facility. The CCM must consult with the MCA regarding any interview request. The Program Statement on **News Media Contacts** shall be used as a guide with particular attention paid to the following:

- Inmates must not receive compensation for any interview.

- If the inmate is a juvenile, the written consent of the parent or guardian is to be obtained.

- Judicial orders forbidding such interviews due to pending court action must be honored.

- The CCM and facility Director shall consider any probability for the interview to endanger the health or safety of the interviewer or cause serious unrest or disturb the good order of the facility.

### 2.4. RECRUITMENT/EQUAL EMPLOYMENT OPPORTUNITY (EEO)

Pamphlets and brochures on employment with the Bureau are available from the Regional and National Recruitment offices. CCMs should have a ready supply on hand. When individuals are interested, the CCM should forward their names, addresses, and phone numbers to the Regional EEO Administrator and Recruiter.