UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Richard Hatch**,
       **Plaintiff**

   v.

**Harley G. Lappin and**
**James M. Cummings**,
       **Defendants**

CIVIL ACTION

NO.   09-11490-NMG

## ORDER OF DISMISSAL
[9/23/09]

Gorton, D. J.

    In accordance with the Courts dismissal of Petitioner's Petition for a Writ of Habeas Corpus, (Docket No. [13]),  it is hereby Ordered this case is  Dismissed.

Approved,

/s/ Nathaniel M. Gorton,
United States District Judge

By the Court,

/s/ Craig J. Nicewicz
Deputy Clerk